# IN THE SUPREME COURT OF THE STATE OF NEVADA

CORRY THOMAS BARNETT, A/K/A
COREY THOMAS BARNETT,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
  and
THE STATE OF NEVADA,
Real Party in Interest.

No. 84840

**FILED**

JUN 24 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DENYING PETITION*

This pro se original petition for a writ of mandamus seeks to compel the district court to order the production of certain records. Having considered the petition, we are not persuaded that our extraordinary and discretionary intervention is warranted. *See* NRS 34.170; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 88 P.3d 840, 841 (2004) (writ relief is proper only when there is no plain, speedy, and adequate remedy at law and the petitioner bears the burden of demonstrating that writ relief is warranted). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Stiglich

22-20075

cc: Corry Thomas Barnett
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A